

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00139-CV

MARY ELLIS JOHNSON                                                    APPELLANT

V.

RONNIE RAY JOHNSON, JR.,                                              APPELLEES
SHENA JOHNSON DANIELS,
RONICA SHAVON JOHNSON, AND
ANDRE KEITH JOHNSON

------------

FROM THE 17TH DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 017-269146-13

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

We have considered the parties' "Agreed Motion for Remand to Enforce

Mediation Agreement." It is the court's opinion that the motion should be

granted; therefore, we set aside the trial court's judgment without regard to the

---

[1]*See* Tex. R. App. P. 47.4.

merits and remand this case to the trial court to render judgment in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(a)(2)(B); *Innovative Office Sys., Inc. v. Johnson*, 911 S.W. 2d 387, 388 (Tex. 1995).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DELIVERED:  September 18, 2014